IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Mobtown Merch, LLC<br>   *Plaintiff*<br> v.<br><br>Moh-BEEL, LLC and<br>Frederick F. B. Sims<br><br>   *Defendants* | CIVIL ACTION NO. 18-cv-00128 |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION

Upon consideration of the Plaintiff's motion for service by publication on Defendants Moh-BEEL, LLC and Frederick F. B. Sims, it is hereby

ORDERED that Plaintiff's motion for service by publication is hereby GRANTED; and it is further hereby

ORDERED, that service on Defendants shall be made by Plaintiff publishing a summary statement of the object of the complaint and demand for relief which notifies the Defendants to be served that that they are required to answer within thirty (30) days after the last publication on or before a date certain specified in the notice which said date shall be thirty (30) days after the last publication. The publication shall be published at least once a week for four successive weeks in the Mobile Press Register, a newspaper of general circulation in Mobile, Alabama, and it is further hereby

ORDERED, that the publication shall be substantially in the following form:

> NOTICE OF SUMMONS   Civil Action No. 18-cv-00128 IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA.   MOBTOWN MERCH, LLC,

Plaintiff v. MOH-BEEL, LLC AND FREDERICK F.B. SIMS. TO: FREDERICK F.B. SIMS. You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiffs will apply to the Court for the relief demanded in the complaint. The complaint contains claims against you for false designation of origin under the Lanham Act, state and federal trademark infringement, deceptive trade practices, and unjust enrichment. NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY! You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper call a "motion" or "answer." The "motion" or "answer" must be given to the court clerk within 30 days along with the required filing fee (if any). It must be in proper from and have proof of service on the Plaintiff's attorney. If you have questions, you should see an attorney immediately. This summons is published pursuant to a motion for service by publication on Defendants, Moh-BEEL, LLC and Frederick F.B. Sims filed in the above-entitled court on May 4, 2018, directing publication of this summons for four consecutive weeks in the Mobile Press Register, a newspaper of general circulation in Mobile, AL. Date of first publication: _____, 2018. ADAMSIP, LLC By J. Hunter Adams, 300 Dauphin Street, Suite 200, Mobile, Alabama 36602 (251) 289-9787 ATTORNEYS FOR PLAINTIFF.

And it is further hereby

ORDERED, that Defendants' answer to the complaint shall be filed and served 30 days from the date of posting of the summons and complaint and publication for four consecutive weeks.

SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE