## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Mobtown Merch, LLC** | |
| **Plaintiff,** | |
| v. | CASE NO. 2:18-cv-00128-B |
| **Moh-BEEL, LLC and Frederick F.B. Sims** | |
| **Defendants.** | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record;

IT IS ORDERED that the name of Alexa Stabler be entered into the record of this Court as additional counsel for Plaintiff, Mobtown Merch, LLC, in the above entitled and numbered cause.

Mobile, Alabama, this _____ day of _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE