```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

MOBTOWN MERCH, LLC,                  *
                                     *
    Plaintiff,                       *
                                     *
vs.                                  *  CIVIL ACTION NO. 18-00128-B
                                     *
MOH-BEEL, LLC, *et al.*,             *
                                     *
    Defendants.                      *

## ORDER

This action is before the Court on Plaintiff's Motion for Entry of Default. (Doc. 27). Upon review of the motion, the undersigned observes that the motion does not comply with S.D. Ala. CivLR 7(b), which provides that such motions should be accompanied by supporting briefs that set forth the legal and factual basis for the relief requested. Accordingly, Plaintiff is directed to file a brief in support of its motion by **June 24, 2019**. Any response in opposition to Plaintiff's motion and supporting brief shall be filed on or before **July 8, 2019**. Any reply by Plaintiff shall be filed by **July 15, 2019**.

    **DONE** this **13th** day of **June, 2019.**

                                                     **/s/ SONJA F. BIVINS**
                                         **UNITED STATES MAGISTRATE JUDGE**