### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA

Mobtown Merch, LLC
　　　　　　　*Plaintiff*
　v.

Moh-BEEL, LLC and
Frederick F. B. Sims

　　　　　　　*Defendants*

CIVIL ACTION NO. 18-cv-00128-B

### ENTRY OF DEFAULT

Plaintiff Mobtown Merch, LLC requests that the Clerk of Court enter default against Defendant Moh-BEEL, LLC pursuant to Federal Rule of Civil Procedure 55(a).

It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant Moh-BEEL, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this ___18th___ day of ___June___, 2019.



By: ___*Maria Payne*___
　　Charles R Diard, Clerk of Court